# EXHIBIT 1

Response by the Summer Lake Property Owners Association, Inc. to Non-Party Subpoena, and Certificate of Authenticity of Documents (Oct. 21, 2026)

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

Jeffrey Steven Radiola )
Plaintiff )
vs )
Scott Miller and Amanda Miller )
Defendants )

**Response by the Summer Lake Property Owners Association, Inc.**
**To Non-Party Subpoena**

Comes Now the Summer Lake Property Owners Association, Inc. and responds to the subpoena issued at the request of Defendants as follows:

Summer Lake Property Owners Association, Inc. (the "Association") objects to producing attorney client communications and attorney work product as those are privileged documents. Without waiving the objection, the Association provides the documents attached and the Certificate of Authenticity.

Respectfully submitted,

/s/ Patrick Collins
Patrick Collins (COL073)
As Attorney for the non-party Association
Patrick Collins, LLC
P. O. Box 3062
Daphne, AL 36526
Telephone: (251) 445-5849
Email: pbclaw@gmail.com

**CERITIFCATE OF SERVICE**

The undersigned hereby certifies that on this the 21st day of October 2026, the foregoing was sent by was filed with the Clerk of Court and service made to the following via the electronic filing system (AlaFile), by email, or by U.S. Mail, first class, postage prepaid, upon the parties or counsel of record:

Scott and Amanda Miller
269 Falls Creek Street
Fairhope, AL 36532
Email: smiller@fluidmotionfab.com

Bruce Stone, Esq.
PO Box 1188
Fairhope, AL, 36533
Email: BBRAXSTONE@aol.com

*/s/Patrick Collins*
OF COUNSEL, as Attorney for the Association

# CERTIFICATE OF AUTHENTICITY OF DOCUMENTS

STATE OF ALABAMA )

COUNTY OF BALDWIN )

## CERTIFICATE

The undersigned hereby certifies on behalf of the Summer Lake Property Owners Association, Inc. that the attached is a copy of the records of the Summer Lake Property Owners Association, Inc. in its possession custody and control in response to the subpoena issued in the Baldwin County, Alabama case of *Radiola v. Miller*, CV 2024-901570.

See attached documents which are bates numbered "Summer Lake POA" 1 through 29.

The documents are under the custody or control of the Association, and I am the legal custodian and keeper of said records. I further certify that said records were made in the regular course of business, and that it was in the regular course of said Association for such records to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

SIGNED this the 21st day of October, 2026.

Summer Lake Property Owners Association, Inc.

By: [signature]
Justin Smith as President

SWORN to and SUBSCRIBED to before me on this the 21st day of October, 2026.

[signature]
NOTARY PUBLIC
My Comm. Expires: 11/2/2029

OLETA BAILEY
Notary Public - State of Georgia
Clayton County
My Commission Expires Nov 2, 2029

# EXHIBIT 2

Summer Lake POA 009–010: HOA Board memorandum to Building Official Cortinas (Jan. 15, 2025); Thomas Dean emails and meeting minutes (Jan. 15, 2025)

# SUMMER LAKE
## HOME OWNERS' ASSOCIATION

www.summerlakefairhope.com

**MEMORANDUM FOR:** Mr. Erik Cortinas, Building Official, City of Fairhope, 555 S. Section Street, Fairhope, AL 36533

**FROM:** Summer Lake Property Owners Association (POA) Board of Directors

**SUBJECT:** Request a "Stop Building and Repairing" of an Un-Approved, Un-Permitted and Un-Engineered Sight Disturbance on Summer Lake POA property

Mr. Cortinas,

1. As you are aware, Mr. Scott and Amanda Miller have built an elaborate stormwater diversion swale and solid metal fencing on Summer Lake POA property and refuses to remove it. This construction (and the removal of POA owned trees) was never approved by the POA (either verbally or in writing) and lacked the proper professional engineering and permits required by the City of Fairhope prior to construction. Mr. Miller has altered stormwater runoff, both upstream and downstream, affecting the POA's city approved engineered stormwater retention pond/weir dam and the City of Fairhope's disc golf parking lot.

2. The presence of this un-approved, un-permitted and un-engineered stormwater runoff construction project on POA property puts all 93 Fairhope homeowners within Summer Lake POA in a very difficult position. It opens up the POA to various liability concerns; such as child safety, future maintenance requirements, and damage to city property down stream from flooding and erosion problems.

3. The water at issue is officially permitted to flow at its current volume and follow its designated pathway downstream. It has worked as designed for nearly 18 years, a pathway now modified by Mr. Miller without permission, without permit and without engineering calculations.

4. The Summer Lake POA Board of Directors is officially requesting the City of Fairhope to issue Mr. Miller with the proper legal request that requires him to stop construction and stop repairing his stormwater diversion swale.

The Summer Lake Property Owners Association Board of Directors thanks you for your help with this matter and awaits your response. Our hope is to resolve this unfortunate situation.

Signed // The Summer Lake POA Board of Directors // 15 January 2025

# Re: Summer Lake, Miller, City Property, etc.

Thomas Dean deants@yahoo.com Wed, Jan 15, 2025 at 11:42 AM
To: Justin Mercer <justin.mercer@hancockwhitney.com>, Justin Smith <jhsmith82@gmail.com>, Summer Lake POA<summerlakepoainc@gmail.com>, Thomas Dean deants@yahoo.com

Minutes from todays meeting,
Met with Corey, Erik (City Permit Office), and Marcus (City Attorney) and toured the affected locations. First stop was the end of Chet and the new driveway. Next, visited the Chet Pond and discussed the HOA issues. Next, drove over the driveway pour on the end of Darrah. Finally, drove to the City Disc parking lot and walked to the swale.
City Action Plan;1. City is issuing Miller an immediate "stop order" for the "swale" construction and a summons to meet with the city judge. City issue is the swale is un-permitted and un-engineered. The city park ranger has also mentioned that sediment from his swale is spreading across city property. The intent of the city is to order him to provide an "engineering plan" for the swale if it stays within the city limits.
2. City is having the "driveway area" on the end of Chet survived. Once surveyed, they intend to jack-hammer the poured concrete and put a gate across the area. This is part of the summons Miller will get as he did not get a permit, and he cut city trees doing this. HOA Action Plan;1. Provide a formal letter to the city, through our lawyer, that states the swale construction was done without HO Aapproval. This will be used by the city to execute step 1 above and needs to be done ASAP.2. The city will provide the HOA with the contact information for the surveying crew, and we can used them to survey the swale area. Since this needs to be done, and the city can't pay for an HOA bill, I would recommend we do this as well.
3. Provide Miller our next demand letter (possibly giving him 30 days to remove).It is unknown if the city will demand that Miller remove the swale, but this is a good first step. Since this is moving into the courtroom, hopefully the insurance will kick in.

On Wednesday, January 15, 2025 at 08:42:19 AM CST, Thomas Dean <deants@yahoo.com> wrote:
Gents, I've spent some time focusing on what I think the city will be interested in during the meeting today. (I don't think they care that Miller is trespassing, putting in driveways, cutting down our trees, bulling neighbors, or intends to have a Chet address). Talking points I intend to provide to them,1. Un-permitted construction within city limits. (needs to have consequences) 2. Construction lacks proper professional engineering. 3. Has altered stormwater runoff against AL laws increasing the potential for flooding and erosion. (both upstream anddownstream) 4. Has damaged the HOA's city approved engineered retention pond and weir dam. 5. Not an HOA concern, but, he has now put the city's disc park and parking lot in jeopardy of flooding and erosion. Additional talking points.1. The HOA is a Trea and Kathleen Courte designed subdivision. 2. Retention pond and weir dam engineered and approved by the city 18 years ago. 3. Weir dam is designed to flow at 28,000 gpm.

# EXHIBIT 3

Summer Lake POA 013–022: Cortinas / surveyor / McDowell email chain (Jan. 25–29, 2025)

Gmail

Summer Lake POA, Inc <summerlakepoainc@gmail.com>

# Re: survey we need at Summer Lake subdv

1 message

**Thomas Dean** <deants@yahoo.com> Sat, Jan 25, 2025 at 3:32 PM
To: "hunter smithclarkllc.com" <hunter@smithclarkllc.com>, Erik Cortinas <erik.cortinas@fairhopeal.gov>
Cc: "summerlakepoainc@gmail.com" <summerlakepoainc@gmail.com>

Thank you Erik,

Hunter, please contact me when you have time to discuss our portion of this request.

Tom Dean
830-387-1024

On Saturday, January 25, 2025 at 11:30:17 AM CST, Erik Cortinas <erik.cortinas@fairhopeal.gov> wrote:

Hunter-

I am circling back to our conversation from last week before the storm. The City needs a survey of the end of the Right of Way where Chet Ave dead ends into the private easement at the east edge of the Summer Lake property. An adjacent property owner opened the ROW and poured the concrete apron without City permission, and we need to verify exactly where the line is and how much of the apron is on the City ROW. We will need the line marked about 20' north and south of the edge of the concrete apron.


City needs ROW line surveyed, the trees on ROW were removed and ROW opened without City approval
CHET AVE
DARRAH ST
ELI ST
COUNTY RD 13
County Road 13







The Summer Lake POA also needs some survey work done on their property in the northeast corner by the detention pond, see attached map. This would be between you and the Summer Lake POA to arrange this work, the City can't pay for survey work on private property. The photos show some drainage structures built by the neighbor on what looks like the Summer Lake property, and they need to locate what is on their property and what is not. I have copied the POA on this email and they can reach out and talk to you about your services for this work since you will already be on site for the City.






Please let me know when you may have some time this week to go take a look with me so we can make sure we are on the same page. Appreciate your help, call me and let me know what your week looks like and when you might have a half hour or so to meet on site.

**Respectfully,**

**Erik Cortinas, CBO, CFM, LEED AP**

**Building Official / Floodplain Administrator**

**Phone: 251-990-0141**

**erikc@fairhopeal.gov**

**PO Box 429**

**(555 S. Section St)**

**Fairhope, AL 36533 (36532)**

CONFIDENTIALITY NOTICE - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient,

be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it.

Gmail **Summer Lake POA, Inc <summerlakepoainc@gmail.com>**

---

## RE: survey we need at Summer Lake subdv

1 message

---

**Erik Cortinas** <erik.cortinas@fairhopeal.gov> Wed, Jan 29, 2025 at 10:00 AM
To: "mmcdowell@wbbwlaw.com" <mmcdowell@wbbwlaw.com>, "hunter smithclarkllc.com" <hunter@smithclarkllc.com>
Cc: "deants@yahoo.com" <deants@yahoo.com>, "summerlakepoainc@gmail.com" <summerlakepoainc@gmail.com>

Sorry, missed this before I left. We got it, Hunter knows wat we're looking for!

**Respectfully,**

**Erik Cortinas, CBO, CFM, LEED AP**

**Building Official / Floodplain Administrator**

**Phone: 251-990-0141**

**erikc@fairhopeal.gov**

**PO Box 429**

**(555 S. Section St)**

**Fairhope, AL 36533 (36532)**

CONFIDENTIALITY NOTICE - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient,

be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it.

---

**From:** Marcus McDowell <mmcdowell@wbbwlaw.com>
**Sent:** Wednesday, January 29, 2025 9:24 AM
**To:** hunter smithclarkllc.com <hunter@smithclarkllc.com>; Erik Cortinas <erik.cortinas@fairhopeal.gov>
**Cc:** deants@yahoo.com; summerlakepoainc@gmail.com
**Subject:** RE: survey we need at Summer Lake subdv

Yall need me there?

**Marcus E. McDowell** | Partner
Wilkins, Bankester, Biles & Wynne, P.A.
D: 251-937-7024 | D: 251-928-1915

mmcdowell@wbbwlaw.com

Martindale-Hubbell AV PREEMINENT Peer Rated for Highest Level of Professional Excellence 2020

-------- Original message --------

From: "hunter smithclarkllc.com" <hunter@smithclarkllc.com>

Date: 1/29/25 8:47 AM (GMT-06:00)

To: Erik Cortinas <erik.cortinas@fairhopeal.gov>

Cc: deants@yahoo.com, summerlakepoainc@gmail.com, Marcus McDowell <mmcdowell@wbbwlaw.com>

Subject: RE: survey we need at Summer Lake subdv

See you there.

Hunter C. Smith P.L.S.

Office: 251-626-0404

SMITH CLARK & ASSOCIATES land surveyors

---

**From:** Erik Cortinas <erik.cortinas@fairhopeal.gov>
**Sent:** Wednesday, January 29, 2025 7:25 AM
**To:** hunter smithclarkllc.com <hunter@smithclarkllc.com>
**Cc:** deants@yahoo.com; summerlakepoainc@gmail.com; mmcdowell@wbbwlaw.com
**Subject:** RE: survey we need at Summer Lake subdv

930am sound ok? If not I'm clear after 100pm

**Respectfully,**

**Erik Cortinas, CBO, CFM, LEED AP**

**Building Official / Floodplain Administrator**

**Phone: 251-990-0141**

**erikc@fairhopeal.gov**

**PO Box 429**

**(555 S. Section St)**

**Fairhope, AL 36533 (36532)**

CONFIDENTIALITY NOTICE - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient,

be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it.

---

**From:** hunter smithclarkllc.com <hunter@smithclarkllc.com>
**Sent:** Wednesday, January 29, 2025 7:23 AM
**To:** Erik Cortinas <erik.cortinas@fairhopeal.gov>
**Cc:** deants@yahoo.com; summerlakepoainc@gmail.com; mmcdowell@wbbwlaw.com
**Subject:** Re: survey we need at Summer Lake subdv

Good morning Erik,

I am available to meet you today and tomorrow at your convenience. Let me know what works for you.

Hunter C. Smith P.L.S.

On Jan 25, 2025, at 11:30 AM, Erik Cortinas <erik.cortinas@fairhopeal.gov> wrote:

Hunter-

I am circling back to our conversation from last week before the storm. The City needs a survey of the end of the Right of Way where Chet Ave dead ends into the private easement at the east edge of the Summer Lake property. An adjacent property owner opened the ROW and poured the concrete apron without City permission, and we need to verify exactly where the line is and how much of the apron is on the City ROW. We will need the line marked about 20' north and south of the edge of the concrete apron.

<image003.png>

<image004.png>

<image005.png>

<image006.png>

The Summer Lake POA also needs some survey work done on their property in the northeast corner by the detention pond, see attached map. This would be between you and the Summer Lake POA to arrange this work, the City can't pay for survey work on private property. The photos show some drainage structures built by the neighbor on what looks like the Summer Lake property, and they need to locate what is on their property and what is not. I have copied the POA on this email and they can reach out and talk to you about your services for this work since you will already be on site for the City.

<image002.png>

<image007.png>

Please let me know when you may have some time this week to go take a look with me so we can make sure we are on the same page. Appreciate your help, call me and let me know what

your week looks like and when you might have a half hour or so to meet on site.

**Respectfully,**

<image001.jpg>

**Erik Cortinas, CBO, CFM, LEED AP**

**Building Official / Floodplain Administrator**

**Phone: 251-990-0141**

**erikc@fairhopeal.gov**

**PO Box 429**

**(555 S. Section St)**

**Fairhope, AL 36533 (36532)**

CONFIDENTIALITY NOTICE - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient,

be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it.

<Summer lake surveys needed.pdf>

---

**~WRD0000.jpg**
1K

# EXHIBIT 4

Summer Lake POA 027–029: HOA president / Cortinas emails (Jan. 15–20, 2026); Permit No. ROW24-000140

Gmail **Summer Lake POA, Inc <summerlakepoainc@gmail.com>**

# RE: Darrah Street Fence

**Erik Cortinas** <erik.cortinas@fairhopeal.gov> Tue, Jan 20, 2026 at 12:34 PM
To: "Summer Lake POA, Inc" <summerlakepoainc@gmail.com>

Mr. Smith,

I wanted to let you know that the City's legal counsel is fully aware of the situation and it handling all correspondence on the City's behalf. I will forward your message to them and they can reach out if they feel it is warranted or appropriate to any discussions between Mr. Miller and the City on this issue.

**Respectfully,**

**Erik Cortinas, CBO, CFM, LEED AP**

**Building Official / Floodplain Administrator**

**Phone: 251-990-0141**

**erikc@fairhopeal.gov**

**PO Box 429**

**(555 S. Section St)**

**Fairhope, AL 36533 (36532)**

CONFIDENTIALITY NOTICE - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient,

be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it.

---

**From:** Summer Lake POA, Inc <summerlakepoainc@gmail.com>
**Sent:** Thursday, January 15, 2026 10:22 AM

**To:** Erik Cortinas <erik.cortinas@fairhopeal.gov>
**Subject:** Darrah Street Fence

Erik,

We met about a year ago when we walked the Miller's property with Tom Dean when we were dealing with an encroachment issue. Miller has filed a lawsuit against City of Fairhope seeking to remove the fence on Mr. Radiola's property. He claims the fence is in the city easement and should be removed. We (Summer Lake Board) are discussing with our lawyer whether to file as a concerned party. I was wondering if the City is tracking the issue and wanted to discuss the City's position.

Justin Smith
Summer Lake POA President
504-470-4055

---

**~WRD3743.jpg**
1K

# FAIRHOPE PERMIT

**Inspections can be requested online at www.citizenserve.com/fairhope or by calling:**
**Building Inspections: (251) 990-0153**
**Gas Inspections: (251) 928-8003**

**Permit #:** ROW24-000140

**Project Type:** Right of Way (City Limits) - Street Cut

**Builder:** Scott Miller

**Address:** 295 CHET AVE

**Subdivision:**

**Lot:**

# EXHIBIT 5

City of Fairhope City Council Regular Agenda, January 13, 2025 (first page)

# CITY OF FAIRHOPE
# CITY COUNCIL REGULAR AGENDA

**Monday, January 13, 2025 - 6:00 PM**
**City Council Chamber**

**Council Members**
Jack Burrell
Corey Martin
Jimmy Conyers
Jay Robinson
Kevin G. Boone

## Invocation and Pledge of Allegiance

1. Approve minutes of 19 December 2024 Regular City Council Meeting and minutes of 30 December 2024 Special Emergency City Council Meeting.

2. Report of the Mayor

3. Public Participation – Agenda Items – (3 minutes maximum)

4. Council Comments

5. **Final Adoption:** Ordinance – Amend Zoning Ordinance No. 1253 - Request of the Applicant, SCorUSA, LLC, acting on behalf of the Owner, Steven W. Corbett, to rezone property from B-2, General Business District to a PUD, Planned Unit Development, to be known as **Legends at Point Clear**. The property is approximately 13.80 acres and is located on the west side of Greeno Road South, north of Old Battles Road/CR-34. **PPINS #: 39376, 210314.** (Introduced at the City Council Meeting on December 19, 2024.)

6. **Final Adoption:** Ordinance - An Ordinance Repealing and Replacing Ordinance No. 1575 to protect the Public Health, Safety and Welfare by providing Policy and Procedure for Park Usage within the City of Fairhope. (Introduced at the City Council Meeting on December 19, 2024.)

7. Ordinance - An Ordinance to declare that certain real property of the City of Fairhope (Part of the Anna T. Jeanes School Property) for Hope Community outlined in Exhibit A attached to lease) is not needed for public or municipal purposes in response to an offer to lease property for a five (5) year term for the minimum yearly rent of $1.00 payable as specified in lease. Option to renew or extend lease is specified in Article 10.

8. Ordinance – An Ordinance to Establish the Salary for the Mayor and Councilmembers; City of Fairhope Code of Ordinance (Section 2-21).

9. Resolution - That Mayor Sherry Sullivan is hereby authorized to execute Change Order No. 3 for procurement of scanning solutions for use in Project 4 for the Planning and Zoning Department; services have been previously negotiated through the National Cooperative Purchasing Alliance (NCPA) Buying Group (Contract 11-26) with MCCi, LLC and therefore does not have to be let out for bid. Change Order No. 3 is $24,394.94. Total contract price will not-to-exceed $110,693.48.

# EXHIBIT 6

City of Fairhope CitizenServe record, Permit No. ROW24-000140, Reviews tab
(printed Oct. 22, 2026)

LOGOUT

Navigate to...

# VIEW PERMIT

Home / Services / Permits / View Permit

Make a payment

Request an inspection

Upload documents

Leave message

**Permit #:** ROW24-000140
**Project #:** 24-002498
**Status:** Issued
**Balance Due:** $0.00
**Address:** 295 CHET AVE
**Description:** Driveway




Permit | Reviews | Documents | Inspections

| Task | Department | Start | Completion | Status |
|---|---|---|---|---|
| Plans Review (BD) | Building Department | | | |
| All Reviews Complete | Building Department | 01/31/25 | 10/21/2025 | Issued - tracking |
| Initial Application Review | Building Department | 11/22/24 | 11/25/2024 | Approved<br>**VIEW COMMENTS ➡** |
| Plans Review (BD) | Building Department | 11/25/24 | 12/03/2024 | Approved |
| Wetland/Flood Zone Review | Building Department | 11/25/24 | 11/25/2024 | Not Applicable |
| Plans Review (P&Z) | Planning and Zoning | | 11/25/2024 | Not Applicable |
| All Reviews Complete | Building Department | 12/03/24 | 12/04/2024 | Approved<br>**VIEW COMMENTS ➡** |
| Online Document Upload | Building Department | 11/22/24 | 11/22/2024 | |
| Online Document Upload | Building Department | 11/25/24 | 11/25/2024 | |

© 2003 - 2026 ONLINE SOLUTIONS, LLC

citizenserve

Terms of Use (https://www4.citizenserve.com/Portal/TermsofUse.pdf)

Privacy Policy (https://www4.citizenserve.com/Portal/PrivacyPolicy.pdf)

# EXHIBIT 7

City of Fairhope CitizenServe record, Permit No. ROW24-000122, Reviews tab
(printed Oct. 22, 2026)

LOGOUT

Navigate to...

# VIEW PERMIT

Home / Services / Permits / View Permit

Make a payment

Request an inspection

Upload documents

Leave message

**Permit #:** ROW24-000122

**Project #:** 24-002054

**Status:** Issued

**Balance Due:** $0.00

**Address:** 8891 MANLEY RD

**Description:** Cut curb and install concrete driveway on Darrah St




Permit | Reviews | Documents | Inspections

| Task | Department | Start | Completion | Status |
|---|---|---|---|---|
| Initial Application Review | Building Department | 09/23/24 | 09/25/2024 | Approved<br>VIEW COMMENTS ➡ |
| Plans Review (BD) | Building Department | 09/25/24 | 10/07/2024 | Approved |
| Wetland/Flood Zone Review | Building Department | 09/25/24 | 09/26/2024 | Not Applicable |
| Plans Review (P&Z) | Planning and Zoning | | 09/25/2024 | Not Applicable |
| All Reviews Complete | Building Department | 10/07/24 | 10/09/2024 | Approved<br>VIEW COMMENTS ➡ |
| Online Document Upload | Building Department | 09/25/24 | 09/25/2024 | |
| Online Document Upload | Building Department | 10/07/24 | 10/07/2024 | |
| Online Document Upload | Building Department | 02/18/25 | 02/20/2025 | |
| Online Document Upload | Building Department | 02/18/25 | 02/20/2025 | |
| Online Document Upload | Building Department | 02/18/25 | 02/20/2025 | |
| Online Document Upload | Building Department | 02/19/25 | 02/20/2025 | |
| Online Document Upload | Building Department | 02/21/25 | 02/26/2025 | |
| Online Document Upload | Building Department | 02/21/25 | 02/26/2025 | |

© 2003 - 2026 ONLINE SOLUTIONS, LLC

citizenserve

Terms of Use (https://www4.citizenserve.com/Portal/TermsofUse.pdf)

Privacy Policy (https://www4.citizenserve.com/Portal/PrivacyPolicy.pdf)

# EXHIBIT 8

City of Fairhope CitizenServe record, Permit No. ROW24-000122, Documents tab, and Summer Lake POA Board letter to Miller dated Nov. 12, 2024

LOGIN

Navigate to...

# VIEW PERMIT

Home / Services / Permits / View Permit

**Permit #:**
**Project #:** 24-002054
**Status:**

**Address:** 8891 MANLEY RD

**Description:**




Permit | Reviews | Documents | Inspections

| Date | Type | File Name | Description |
|---|---|---|---|
| 02/21/25 | Online Document Upload | IMG_3832.png | Cleared for driveway per Radiola |
| 02/21/25 | Online Document Upload | IMG_3890.png | Agreement |
| 02/19/25 | Online Document Upload | IMG_3819.jpeg | Picture of curb added as requested |

| Date | Type | File Name | Description |
|---|---|---|---|
| 02/19/25 | Online Document Upload | IMG_3818.jpeg | Picture of curb added as requested |
| 02/18/25 | Online Document Upload | IMG_3699.jpeg | Fence removal |
| 02/18/25 | Online Document Upload | Fence removal location | View of fence panels to be removed at driveway |
| 02/18/25 | Online Document Upload | Fence Removal Sketch.pdf | Plan view sketch of fence removal |
| 12/02/24 | Document | Summer Lake POA letter- drainage from Mill er property.pdf | |
| 10/09/24 | Email | Permit Card Ready.htm | Permit Card Ready |
| 10/09/24 | Merge document | Permit.htm | Permit - ROW24-000122 |
| 10/07/24 | Online Document Upload | Driveway Radiola.pdf | Driveway |
| 09/25/24 | Online Document Upload | Receipt_Business License_037931_0006.p df | Receipt for business license |
| 09/25/24 | Email | More Information Required.htm | More Information Required |
| 09/23/24 | Signature | signature.png | |

© 2003 - 2026 ONLINE SOLUTIONS, LLC

Terms of Use (https://www4.citizenserve.com/Portal/TermsofUse.pdf)

Privacy Policy (https://www4.citizenserve.com/Portal/PrivacyPolicy.pdf)

# SUMMER LAKE
## HOME OWNERS' ASSOCIATION

www.summerlakefairhope.com

**MEMORANDUM FOR:** Mr. Scott Miller and Amanda Miller, 295 Chet Ave, Fairhope, AL
**COURTESY COPY:** Baldwin County Planning & Zoning Office, 22251 Palmer St., Robertsdale, AL
Mr. Erik Cortinas, City of Fairhope Building and Permit Office and City of Fairhope Parks and Recreation Office,
161 North Section St., Fairhope, AL
Hunter Simmons, Planning Director, City of Fairhope, PO Drawer 429 Fairhope, AL 36533

**FROM:** Summer Lake POA Board of Directors

**SUBJECT:** Trespassing with an Un-Permitted and Un-Engineered Sight Disturbance Construction, Resulting in Unknown and Unauthorized Stormwater Runoff into Cowpen Creek

Mr. and Mrs. Miller,

1. It has come to the attention of the Summer Lake POA that you have trespassed by constructing an extensive unauthorized stormwater diversion ditch on Summer Lake POA property without any verbal or written approval by the Summer Lake POA Board of Directors or the City of Fairhope's permit office. Additionally, you have built an iron wall running several hundred feet on POA property, again with no approval.
2. This letter is Summer Lake POA's demand that you remove this construction immediately and restore our common area and foliage to its original condition. This must be done within 30 days of receiving this letter. Failure to comply may result in further action, including but not limited to, legal proceedings in accordance with State, County and City laws, to protect our community property.
3. Your stormwater runoff construction project was not permitted by the City or the County, nor was it engineered in accordance with any existing stormwater runoff professionals, in line with the City and County needs. The existence of this construction puts the POA's homes and our existing stormwater detention pond in jeopardy. In addition, this construction on our property opens up the POA to potential liability issues, maintenance issues, and even issues with the City and or County if/when it fails.
4. Since your property falls within Baldwin County, the Summer Lake POA is requesting you work with the Planning and Zoning office after you remove the current construction from our property, for a properly engineered and permitted ditch on your property.
5. Additionally, since the POA property falls within the City of Fairhope, we are requesting you work with their Planning and Zoning office as well as the Parks and Recreation office as this stormwater runoff feeds into Cowpen Creek, the City's Colony Nature Park and Disc Golf Course. Your current stormwater construction feeds all of the stormwater onto the Disc Golf Course's new parking lot.
6. Repairing the damage to Summer Lake POA's property and restoring it is going to require that you enter the POA's common area. Summer Lake POA will give you permission to enter the property to repair and restore it with two conditions:
   a. You provide us with a written work schedule of when equipment and/or personnel are expected to be on our property; and

b. That the restoration be approved by a licensed professional engineer and the POA is provided with a copy of the approval.

The Summer Lake Property Owners Association, Inc.'s Board of Directors awaits your response and wants to resolve this unfortunate situation. We hope that you will approach this problem in a cooperative spirit with the goal of fixing what you created.

Signed // The Summer Lake POA Board of Directors // 12 November 2024

**REFERENCE 1:** Summer Lake Phase Two, Final Plat, Boundary Survey and Plat of Subdivision constructed by Engineering Development Services, LLC (Certified by the City of Fairhope Planning Commission on 6 Mar 2006 and Engineer's Certificate on 21 Feb 2006. Approved by the City of Fairhope Water and Sewer on 1 Mar 2006)

**REFERENCE 2:**



# EXHIBIT 9

Miller's screenshots of CitizenServe record, Permit No. ROW24-000140: (1) January 31, 2025; (2) February 3, 2025, approx. 10:20 a.m.

7:18

| Task | Department | Start | Completion | Status |
|---|---|---|---|---|
| Initial Application Review | Building Department | 11/22/24 | 11/25/2024 | Approved VIEW COMMENTS → |
| Plans Review (BD) | Building Department | 11/25/24 | 12/03/2024 | Approved |
| Wetland/Flood Zone Review | Building Department | 11/25/24 | 11/25/2024 | Not Applicable |
| Plans Review (P&Z) | Planning and Zoning | | 11/25/2024 | Not Applicable |
| All Reviews Complete | Building Department | 12/03/24 | 12/04/2024 | Approved |
| Initial Application Review | Building Department | 01/31/25 | | |
| Plans Review (BD) | Building Department | 01/31/25 | | URGENT REVIEW |
| Plans Review (P&Z) | Planning and Zoning | | | |
| All Reviews Complete | Building Department | | | |
| Plans Review (BD) | Building Department | | | |

citizenserve.com

10:20 5G




Permit | Reviews | Documents | Inspections

| Task | Department | Start | Completion | Status |
|---|---|---|---|---|
| Initial Application Review | Building Department | 11/22/24 | 11/25/2024 | Approved VIEW COMMENTS → |
| Plans Review (BD) | Building Department | 11/25/24 | 12/03/2024 | Approved |
| Wetland/Flood Zone Review | Building Department | 11/25/24 | 11/25/2024 | Not Applicable |
| Plans Review (P&Z) | Planning and Zoning | | 11/25/2024 | Not Applicable |
| All Reviews Complete | Building Department | 12/03/24 | 12/04/2024 | Approved |
| Plans Review (BD) | Building Department | 01/31/25 | | Issued - tracking |
| Plans Review (BD) | Building Department | | | |

© 2003 - 2025 ONLINE SOLUTIONS, LLC
citizenserve

Terms of Use
Privacy Policy

citizenserve.com

# EXHIBIT 10

Email from Adam Milam to Simmons, McDowell, Summer Lake POA, and Patrick Collins, “Notice & Demand re ROW Permit Chet Ave.” (Feb. 3, 2025, 9:41 a.m.)

Gmail

Scott Miller <smiller@fluidmotionfab.com>

# Notice & Demand re ROW Permit Chet Ave. - Scott Miller

1 message

**Adam Milam** <amilam@milam-law.com> Mon, Feb 3, 2025 at 9:41 AM
To: "hunter.simmons@fairhopeal.gov" <hunter.simmons@fairhopeal.gov>, Marcus McDowell <mmcdowell@wbbwlaw.com>, "summerlakepoainc@gmail.com" <summerlakepoainc@gmail.com>, Patrick Collins <pbclaw@gmail.com>
Cc: Susie Steinfeld <ssteinfeld@milam-law.com>

To Whom It May Concern, my client Scott Miller applied for and received the attached Permit to construct his driveway connecting to Chet Avenue, a public road on December 4, 2024. See attached.

He has since spent substantial time and money in completing his driveway based on the ROW Permit issued to him by the City of Fairhope.

Under Alabama law, his property rights have vested. *Grayson v. City of Birmingham* , 277 Ala. 522, 173 So. 2d 67 (1963); *Baker v. State Board of Health*, 440 So. 2d 1098 (Ala. Civ. App. 1983); *Greenbriar Village, L.L.C. v. City of Mountain Brook*, 202 F. Supp. 2d 1279 (N.D. Ala. 2002), *aff'd in part, rev'd in part*, 345 F.3d 1258 (11th Cir. 2003) (holding that the landowner had a vested right to the continuation of a city permit where it had completed at least some improvement to the land).

Neither the HOA adjacent landowner, City Planning Director Simmons, nor the City of Fairhope has any authority to damage, change, or alter the permitted and constructed driveway in any manner. Should the HOA, Simmons or City violate Mr. Miller's vested property rights and/or property in any manner they will be held responsible to the fullest extent of the law.

Regards,

Adam M. Milam, Esq.

Milam & Milam, L.L.C.

Mailing Address: P.O. Box 310, Magnolia Springs, AL 36555

Street Address: 112 W. Laurel Ave., Foley, Alabama 36535

Direct Dial (251) 928-0191 ext. 301

Fax (844) 273-4029

Mobile (251) 680-0108

PLEASE NOTE:

This email is confidential, and may be protected by the attorney-client privilege. It is intended for the sole use of the recipient(s) named above. If you have received this email in error, please notify us immediately by reply email, and then delete the message from your system. Please do not copy it or use it for any other purpose, or disclose its contents to any other person. To do so could violate state and federal privacy laws. Thank you for your cooperation.

**Chet Ave Right of Way permit.pdf**
124K