# EXHIBIT A

Notice of Intent to Serve Non-Party Subpoenas
*Radiola v. Miller*, No. CV-2024-901570 (Cir. Ct. Baldwin Cnty., Ala.), Doc. 207
Filed August 27, 2026 (first page)

*Miller v. City of Fairhope*, No. 1:25-cv-00508-JB-B

CIRCUIT COURT
BALDWIN COUNTY, AL
(FILED FAIRHOPE)
AUG 27 2026
CIRCUIT CLERK

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

| | | |
|---|---|---|
| JEFFREY STEVEN RADIOLA, | } | |
| Plaintiff, | } | |
| vs. | } | CASE NO: CV-2024-901570 |
| SCOTT MILLER and AMANDA MILLER, | } | |
| Defendants. | } | |

**NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS**

Take notice that upon the expiration of fifteen (15) days from the date of service of this notice, the Defendant, SCOTT MILLER, appearing pro se, will apply to the Clerk of this Court for issuance of the attached subpoenas requesting the production of documents or things at the time and place specified in the subpoenas, and directed for and to:

Level Property Management Group, LLC
ATTN: Custodian of Records
7472 Parker Road
Fairhope, Alabama 36532

Summer Lakes Homeowners Association
c/o Level Property Management Group, LLC, Managing Agent
ATTN: Custodian of Records
7472 Parker Road
Fairhope, Alabama 36532

Copies of the proposed subpoenas are attached hereto.

Respectfully submitted this the 27th day of August, 2026.

[signature]

SCOTT MILLER
Defendant / Counterclaim Plaintiff, pro se
269 Falls Creek Street
Fairhope, AL 36532
251-402-6696
smiller@fluidmotionfab.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiff via United States Mail, postage prepaid and properly addressed, on this the __27th__ day of ___August____, 2026, as follows:

Hon. Bruce B. Stone
BRUCE B. STONE, P.C.
Post Office Box 1188
319 Magnolia Avenue
Fairhope, Alabama 36533
BBRAXSTONE@AOL.COM

SCOTT MILLER
Defendant, pro se

# IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| JEFFREY STEVEN RADIOLA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | CASE NO: CV-2024-901570 |
| | } | |
| SCOTT MILLER and AMANDA MILLER, | } | |
| | } | |
| Defendants. | } | |

## CIVIL SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

TO: Summer Lakes Homeowners Association
c/o Level Property Management Group, LLC, Managing Agent
ATTN: Custodian of Records
7472 Parker Road
Fairhope, Alabama 36532

You are hereby commanded to produce and permit Defendant Scott Miller to inspect and copy each of the following documents within fifteen (15) days after service of this subpoena:

1. All communications between you and Jeffrey Steven Radiola, or any person acting on his behalf, concerning access to the Radiola property, Darrah Street, the driveway crossing the Miller property, annexation into the City of Fairhope, membership in the Association, or the Association's covenants.

2. All documents concerning the wooden privacy fence located along the Darrah Street boundary of the Radiola property, including documents identifying who authorized its installation, when it was installed, who installed it, who paid for it, and its location relative to any property line or public right-of-way.

3. All bids, proposals, contracts, work orders, invoices, and payment records concerning the installation, repair, replacement, or maintenance of the privacy fence described in Request No. 2.

4. All minutes, agendas, resolutions, and records of any vote or board action concerning the privacy fence, Jeffrey Steven Radiola, the Radiola property, access to or from Darrah Street, or annexation into the City of Fairhope.

5. All communications between you and the City of Fairhope, or any of its officers, employees, or agents, concerning the privacy fence, Darrah Street, the Radiola property, the Miller property, or annexation.

6. All communications between you and Bruce B. Stone, Bruce B. Stone, P.C., or any attorney representing Jeffrey Steven Radiola, concerning the above-styled action, the driveway, Darrah Street, or the privacy fence.

7. All documents concerning any payment, advance, reimbursement, or contribution by the Association toward any attorney's fee or cost incurred in the above-styled action.

8. All communications and documents concerning Chet Avenue, including any proposal, request, application, or effort to alter, restrict, relocate, close, rename, or otherwise modify access to or from Chet Avenue, or to alter or reassign the street address of the Miller property or the Radiola property.

9. All communications between you and Baldwin County 911, the Baldwin County Communications District, or any of their officers, employees, or agents, concerning street addressing, address assignment or reassignment, road naming, or access to or from the Miller property, the Radiola property, Chet Avenue, or Darrah Street.

10. All documents responsive to Requests Nos. 1 through 9 that were received from, or that remain in the possession of, any prior or predecessor management company for the Association, and all documents identifying each such prior or predecessor management company and the dates it served.

For purposes of this subpoena, "the Association" means the Summer Lakes Homeowners Association; "the Radiola property" means the real property owned by Jeffrey Steven Radiola in Baldwin County, Alabama; "the Miller property" means the real property owned by Scott Miller and Amanda Miller in Baldwin County, Alabama; and "document" and "communication" have the broadest meaning permitted under Rule 34 of the Alabama Rules of Civil Procedure, including electronically stored information of every kind.

YOU HAVE THE OPTION TO DELIVER OR MAIL LEGIBLE COPIES OF THE DOCUMENTS OR THINGS TO THE PARTY CAUSING THE ISSUANCE OF THIS SUBPOENA, but you may condition such activity upon payment in advance by the party causing the issuance of this subpoena of the reasonable costs of making such copies. The undersigned agrees to pay all reasonable expenses, as defined in Ala. Code § 12-21-6.1, incurred by you in connection with the production of the requested documents; however, if you anticipate the cost will exceed $100.00, please call Scott Miller at 251-402-6696 before incurring the expense. If the cost exceeds $100.00 and advance notice is not given, the undersigned reserves the right to return the records and refuse payment.

All of the above records are to be sent to Scott Miller, 269 Falls Creek Street, Fairhope, Alabama 36532, within fifteen (15) days of service of this subpoena.

You have the right to object at any time prior to the date set forth in this subpoena for compliance. Should you choose to object, you should communicate such objection in writing to the party causing the issuance of this subpoena, stating, with respect to any item or category to which objection is made, your reasons for such objection.

Respectfully submitted this the __27th____ day of ___August______, 2026.

______________________________

SCOTT MILLER
Defendant / Counterclaim Plaintiff, pro se
269 Falls Creek Street
Fairhope, AL 36532
251-402-6696
smiller@fluidmotionfab.com

## CERTIFICATE OF CUSTODIAN

(To be completed by Custodian of Records and returned with the records)

I, the undersigned, hereby certify and affirm in writing that the attached is an exact, full, true, complete, and correct copy of the records kept at the offices of:

Summer Lakes Homeowners Association
c/o Level Property Management Group, LLC, Managing Agent
ATTN: Custodian of Records
7472 Parker Road
Fairhope, Alabama 36532

in my custody and control. I further certify that I am the legal custodian and keeper of the records. The attached records were made in the regular course of business, and it was in the regular course of business for such records to be made at the time of the events, transactions, or occurrences to which they refer, or within a reasonable time thereafter.

All of which I hereby certify and affirm on this the ______ day of ______________, 2026.

______________________________
Custodian of Records
Print Name: ____________________

Sworn to and subscribed before me on this the ______ day of ______________, 2026.

______________________________
NOTARY PUBLIC
My Commission Expires: ____________

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| JEFFREY STEVEN RADIOLA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | CASE NO: CV-2024-901570 |
| | } | |
| SCOTT MILLER and AMANDA MILLER, | } | |
| | } | |
| Defendants. | } | |

## CIVIL SUBPOENA FOR PRODUCTION OF DOCUMENTS UNDER RULE 45

TO: Level Property Management Group, LLC
ATTN: Custodian of Records
7472 Parker Road
Fairhope, Alabama 36532

You are hereby commanded to produce and permit Defendant Scott Miller to inspect and copy each of the following documents within fifteen (15) days after service of this subpoena:

1. All communications between you and Jeffrey Steven Radiola, or any person acting on his behalf, concerning access to the Radiola property, Darrah Street, the driveway crossing the Miller property, annexation into the City of Fairhope, membership in the Association, or the Association's covenants.

2. All documents concerning the wooden privacy fence located along the Darrah Street boundary of the Radiola property, including documents identifying who authorized its installation, when it was installed, who installed it, who paid for it, and its location relative to any property line or public right-of-way.

3. All bids, proposals, contracts, work orders, invoices, and payment records concerning the installation, repair, replacement, or maintenance of the privacy fence described in Request No. 2.

4. All minutes, agendas, resolutions, and records of any vote or board action concerning the privacy fence, Jeffrey Steven Radiola, the Radiola property, access to or from Darrah Street, or annexation into the City of Fairhope.

5. All communications between you and the City of Fairhope, or any of its officers, employees, or agents, concerning the privacy fence, Darrah Street, the Radiola property, the Miller property, or annexation.

6. All communications between you and Bruce B. Stone, Bruce B. Stone, P.C., or any attorney representing Jeffrey Steven Radiola, concerning the above-styled action, the driveway, Darrah Street, or the privacy fence.

7. All documents concerning any payment, advance, reimbursement, or contribution by the Association toward any attorney's fee or cost incurred in the above-styled action.

8. All communications and documents concerning Chet Avenue, including any proposal, request, application, or effort to alter, restrict, relocate, close, rename, or otherwise modify access to or from Chet Avenue, or to alter or reassign the street address of the Miller property or the Radiola property.

9. All communications between you and Baldwin County 911, the Baldwin County Communications District, or any of their officers, employees, or agents, concerning street addressing, address assignment or reassignment, road naming, or access to or from the Miller property, the Radiola property, Chet Avenue, or Darrah Street.

10. All documents responsive to Requests Nos. 1 through 9 that were received from, or that remain in the possession of, any prior or predecessor management company for the Association, and all documents identifying each such prior or predecessor management company and the dates it served.

For purposes of this subpoena, "the Association" means the Summer Lakes Homeowners Association; "the Radiola property" means the real property owned by Jeffrey Steven Radiola in Baldwin County, Alabama; "the Miller property" means the real property owned by Scott Miller and Amanda Miller in Baldwin County, Alabama; and "document" and "communication" have the broadest meaning permitted under Rule 34 of the Alabama Rules of Civil Procedure, including electronically stored information of every kind.

YOU HAVE THE OPTION TO DELIVER OR MAIL LEGIBLE COPIES OF THE DOCUMENTS OR THINGS TO THE PARTY CAUSING THE ISSUANCE OF THIS SUBPOENA, but you may condition such activity upon payment in advance by the party causing the issuance of this subpoena of the reasonable costs of making such copies. The undersigned agrees to pay all reasonable expenses, as defined in Ala. Code § 12-21-6.1, incurred by you in connection with the production of the requested documents; however, if you anticipate the cost will exceed $100.00, please call Scott Miller at 251-402-6696 before incurring the expense. If the cost exceeds $100.00 and advance notice is not given, the undersigned reserves the right to return the records and refuse payment.

All of the above records are to be sent to Scott Miller, 269 Falls Creek Street, Fairhope, Alabama 36532, within fifteen (15) days of service of this subpoena.

You have the right to object at any time prior to the date set forth in this subpoena for compliance. Should you choose to object, you should communicate such objection in writing to the party causing the issuance of this subpoena, stating, with respect to any item or category to which objection is made, your reasons for such objection.

Respectfully submitted this the ___27th___ day of ____August______, 2026.

________________________________________
SCOTT MILLER
Defendant / Counterclaim Plaintiff, pro se
269 Falls Creek Street
Fairhope, AL 36532
251-402-6696
smiller@fluidmotionfab.com

**CERTIFICATE OF CUSTODIAN**

(To be completed by Custodian of Records and returned with the records)

I, the undersigned, hereby certify and affirm in writing that the attached is an exact, full, true, complete, and correct copy of the records kept at the offices of:

Level Property Management Group, LLC
ATTN: Custodian of Records
7472 Parker Road
Fairhope, Alabama 36532

in my custody and control. I further certify that I am the legal custodian and keeper of the records. The attached records were made in the regular course of business, and it was in the regular course of business for such records to be made at the time of the events, transactions, or occurrences to which they refer, or within a reasonable time thereafter.

All of which I hereby certify and affirm on this the ______ day of ______________, 2026.

________________________________________

Custodian of Records
Print Name: ______________________

Sworn to and subscribed before me on this the ______ day of ______________, 2026.

____________________________________
NOTARY PUBLIC
My Commission Expires: ______________